# MINUTE ORDER

Page 6

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**      Date: 3/21/25      Time: 2:00 p.m.

Defendant:  Alex Oria                    J#: 17358-379    Case #: 24-CR-20108-MOORE/ELFENBEIN(SEALED)

AUSA:  Jacqueline Derovanesian                Attorney: Joseph Rosenbaum/Kimberly Acevedo for

Violation: Consp to Introduce in Interstate Commerce Misbranded Drugs and to Defraud The U.S. Consp to Traffic in Pre-Retail Medical Products with False Documentation      Surr/Arrest Date: 03/20/25      YOB: 1956

Proceeding:  Initial Appearance                CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No        Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☑ Random urine testing by Pretrial Services Treatment as deemed necessary _____
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language:    English

**Disposition:**

*Defendant advised of rights and charges*

*Govt's ore tenus motion to unseal indictment; granted*

*Counsel files temporary appearance*

*Govt's ore tenus motion for a detention hearing; granted.  The Court to enter a temporary order detaining the defendant*

*Parties to file the appropriate motion seeking a Garcia hearing*

***Brady order given***

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| *Report RE Counsel:* | *4/4/25* | *10:00 a.m.* | | *Duty/Miami* |
| *PTD Hearing:* | *4/4/25* | *10:00 a.m.* | | *Duty/Miami* |
| *Arraignment:* | *4/4/25* | *10:00 a.m.* | | *Duty/Miami* |
| Status Conference RE: | | | | |

D.A.R.   14:48:04                    Time in Court:   6 mins

s/Lauren F. Louis                    Magistrate Judge