# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 5/14/25        Time: 10:00 a.m.

Defendant: Alex Oria        J#: 17358-379        Case #: 24-20108-CR-MOORE/ELFENBEIN

AUSA: Jacqueline DerOvanesian        Attorney: Joseph Rosenbaum

Violation: CONSP/INTRODUCE INTO INTERSTATE COMMMERCE MISBRANDED DRUGS & TO DEFAULT THE U.S.

Proceeding: REPORT RE: COUNSEL/ARRAIGNMENT/PTD        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond: PTD

Bond Set at:        Co-signed by:

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [x] **Random urine testing by Pretrial Services** ___ **Treatment as deemed necessary**
- [x] **Refrain from excessive use of alcohol**
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] **No contact with victims/witnesses/co-conspirators except thru counsel**
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] **Travel extended to: S/D of FL & S/D of Texas**
- [x] **Other: Reside w/Paul Aronowitz; No employment in Health Care Field**

Language: English

Disposition:
Brady already given; Garcia Hearing set for 5/20 before Magistrate Judge D'Angelo.
**Pretrial Detention Hearing held based on risk/flight; S/A Andrew Escovedo, HSI sworn & testified. Defense exhibits 1 & 2 admitted. The Court denies Govt's motion for PTD and sets $100K w/10% bond cosigned by his Daughter (Alexis Quisenberry); The Court inquired of cosignor. Defendant NOT released.**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Arraignment:
Status Conference RE:
D.A.R. 10:11:57/11:40:29        Time in Court: 1 hr.