**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-CR-20108-MOORE/D'ANGELO**

**UNITED STATES OF AMERICA**

vs.

**ALEX ORIA,**

    **Defendant**.

_____/

**PROTECTIVE ORDER REGULATING DISCLOSURE OF**
**DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN**

Upon consideration of the Government's Unopposed Motion for Entry of a Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and the record in this case, the Court finds good cause for the Motion and hereby ORDERS:

1. Documents, materials, and information the Government provides as discovery in this matter containing personal and confidential identifying information of individuals, including individual identifying information of health insurance beneficiaries, shall be described as "Covered Information" for purposes of this Order.

2. The United States shall mark that portion of the discovery that includes Covered Information as "Confidential."

3. Counsel of record for the Defendant shall hold the Covered Information produced pursuant to this Order in the strictest confidence. Therefore, defense counsel shall restrict access to the Covered Information, and shall disclose the Covered Information to his or her client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent necessary to assist in the defense of this matter (collectively, "Authorized Recipient(s)").

4. The Defendant shall possess Covered Information only in the presence of the Defendant's attorney or an agent of the Defendant's attorney, and only as necessary for counsel to perform work related to the case.

5. Counsel of record for the Defendant shall ensure that the Defendant) or any third person who obtains access to Covered Information is provided a copy of this Order or is made aware of its contents and the restrictions imposed by this Order.

6. No person who obtains access to or possession of Covered Information shall retain such access or possession other than as authorized.

7. Any person who obtains access to or possession of Covered Information shall promptly destroy or return such information once the person no longer requires access to or possession of the information to perform work related to the case.

8. Upon entry of a final judgment in this matter and conclusion of any direct appeals, defense counsel shall destroy or cause to be destroyed all copies of Covered Information except as otherwise required to be maintained pursuant to document retention policies.

**DONE and ORDERED** in Chambers in Miami, Florida on this 26th day of June, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record